OrUNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL HATHAWAY, ET AL. | CIVIL ACTION NO. 23-0951 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| KEYSTON RV CO. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion for Change of Venue (Record Document 12) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 10th day of June, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**DANIEL DEWAYNE AIKENS**            **CASE NO. 6:24-CV-00287 SEC P**

**VERSUS**                           **JUDGE S. MAURICE HICKS, JR.**

**U S ATTORNEYS OFFICE**             **MAGISTRATE WHITEHURST**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that instant complaint be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the _____ day of _____, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE